UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE CLEARWATER ORTHOPAEDIC
ASC, LLC d/b/a C-MED AMBULATORY
SURGERY CENTER,

        Plaintiff,

v.                                      Case No. 8:05-cv-2291-T-24TGW

JEFFREY E. WESSENDORF and BLUE
CROSS AND BLUE SHIELD OF SOUTH
CAROLINA, CORPORATION,

        Defendants.
_____/

**ORDER**

This cause comes before the Court on its own. A review of the file reveals that Plaintiff's counsel Kourtney T. Diaz is not listed on the Attorney Roll of attorneys admitted to practice before the Middle District of Florida. Pursuant to Local Rule 2.01(a), "[n]o person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court pursuant to this rule." Kourtney T. Diaz may not appear or be heard as counsel for the Plaintiff until she is admitted to practice in the Middle District of Florida.

Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk is directed to terminate Kourtney T. Diaz as counsel for Plaintiff on the docket sheet.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of February, 2006.

                                        SUSAN C. BUCKLEW
                                        United States District Judge

Copies to:
Kourtney T. Diaz
Counsel of Record