UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE CLEARWATER ORTHOPAEDIC
ASC, LLC d/b/a C-MED AMBULATORY
SURGERY CENTER,

        Plaintiff,

v.                              Case No. 8:05-cv-2291-T-24TGW

JEFFREY E. WESSENDORF and BLUE
CROSS AND BLUE SHIELD OF SOUTH
CAROLINA, CORPORATION,

        Defendants.
_____/

**O R D E R**

This cause comes before the Court for consideration of Plaintiff's Motion for Final Judgment (Doc. No. 26) and Plaintiff's Motion to Tax Costs (Doc. No. 27). Local Rule 3.01(a) states that "In making any written motion or other application to the Court for the entry of an order of any kind, in civil or criminal cases . . ., the moving party shall file and serve with such motion or application a brief or legal memorandum with citation of authorities in support of the relief requested." Accordingly, it is, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Final Judgment (Doc. No. 26) is **DENIED without prejudice** for failure to comply with Local Rule 3.01(a).

Furthermore, the Court notes that since the Court has not entered Judgment in favor of Plaintiff, Plaintiff's Motion to Tax Costs is premature. As such, Plaintiff's Motion to Tax Costs (Doc. No. 27) is **DENIED without prejudice.** If and when Plaintiff submits a Bill of Costs, it is instructed to do so using form AO 133 titled Bill of Costs, which can be located under the tab

Forms & Publications at www.flmd.uscourts.gov.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of August, 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:

All Parties and Counsel of Record