UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE CLEARWATER ORTHOPAEDIC
ASC, LLC d/b/a C-MED AMBULATORY
SURGERY CENTER,

          Plaintiff,

v.                                                 Case No. 8:05-cv-2291-T-24TGW

JEFFREY E. WESSENDORF and BLUE
CROSS AND BLUE SHIELD OF SOUTH
CAROLINA, CORPORATION,

          Defendants.
_____/

**ORDER**

This cause comes before the Court on the basis of the mediator's telephonic notice of settlement. On November 8, 2006, Plaintiff telephonically confirmed that this case has settled as to all Defendants. Having considered the mediator's telephonic notice of settlement, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment. The Clerk is directed to **CLOSE** the case and **TERMINATE** all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 8th day of November, 2006.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties and Counsel of Record